UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Mark E. Gessner,**

    *Plaintiff*,

**v.**                                                                                                 **Case No. 3:11-cv-286**
                                                                                                      **Judge Thomas M. Rose**

**John S. Howard, et al.,**

    *Defendants*.

---

**ENTRY AND ORDER SETTING HEARING ON NOTICE OF DISABILITY AND REQUEST FOR APPOINTMENT OF COUNSEL (DOC. 62).**

---

The Court hereby sets a hearing for Monday, May 20, 2013 at 10:00 a.m. on Plaintiff's motion requesting the appointment of counsel. The trial previously set for that day is vacated.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, May 17, 2013.

                                                                       s/Thomas M. Rose
                                                         _____
                                                                      THOMAS M. ROSE
                                                 UNITED STATES DISTRICT JUDGE