# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARK E. GESSNER, | : | |
| Plaintiffs, | : | Case No. 3:11cv00286 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| JOHN S. HOWARD, *et al.*, | : | |
| Defendants. | : | |

## NOTICE

The Court recently continued the trial to provide Plaintiff with time to retain counsel for further proceedings before United States District Judge Thomas M. Rose. No Motions or other matters are currently pending before the undersigned Judicial Officer. Given these circumstances, the Clerk of Court is hereby directed to terminate the reference of this case to the undersigned Judicial Officer until further Order.

June 19, 2013

                                                                          s/Sharon L. Ovington
                                                                           Sharon L. Ovington
                                                               Chief United States Magistrate Judge