**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**MARK E. GESSNER**

   **Plaintiff,**

-vs-            **Case No. 3:11-CV-286**

               **District Judge Thomas M. Rose**

**JOHN S. HOWARD, ET AL.,**

   **Defendants.**

_____

## ORDER TO SHOW CAUSE

On May 21, 2013, at Plaintiff's request, the trial date established in 2011 was vacated so that Plaintiff could acquire counsel. Plaintiff was granted until June 24, 2013, to have counsel enter an appearance, or to risk sanctions "including but not limited to the dismissal of Plaintiff's claim." Doc. 64. June 24, 2013, has come and gone with no attorney entering an appearance on behalf of Plaintiff. Wherefore, Plaintiff is given through **July 10, 2013**, to show cause why said matter should not be dismissed for failure to prosecute.

  **DONE** and **ORDERED** in Dayton, Ohio, this Monday, July 1, 2013.

              *s/Thomas M. Rose*

              _____
              THOMAS M. ROSE, JUDGE
              UNITED STATES DISTRICT COURT

Case: 3:11-cv-00286-TMR-SLO Doc #: 67 Filed: 07/01/13 Page: 2 of 2  PAGEID #: 1931